UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CITY OF VALPARAISO,

    Plaintiff,

vs.             CASE NO.: 3:09cv135/MCR/MD

UNITED STATES AIR FORCE, et al.,

    Defendants.
    _____/

**O R D E R**

This matter is before the court on the parties' Second Joint Motion for Stay of Proceedings. (Doc. 47). This injunctive relief action was originally filed on March 30, 2009. The parties filed a Joint Motion for Stay of Proceedings on May 29, 2009, indicating they were pursuing settlement and requesting a stay of 90 days (*see* doc. 30), which the court granted June 4, 2009 (doc. 33). The parties are now requesting the stay be continued for an additional 90 days while they continue settlement discussions.

The court notes a Motion to Intervene dated May 29, 2009, filed on behalf of Okaloosa County Board of County Commissioners and Richard Woelfl remains pending in this matter. (Doc. 31). Petitioners request the court abstain from exercising jurisdiction and stay this proceeding pending the outcome of an ongoing state court action. A separate petition to intervene was filed on behalf of Anthony Bradley. (Doc. 15). This motion was denied without prejudice when the action was stayed. (*See* doc. 34). Prior to ruling on the parties' pending motion to continue the stay, Petitioner Bradley shall advise the court whether he intends to refile his motion to intervene in this action. Petitioner's response to this order shall be filed on or by September 15, 2009.

**SO ORDERED** this 8th day of September, 2009.

                *s/ M. Casey Rodgers*
                **M. CASEY RODGERS**
                **UNITED STATES DISTRICT JUDGE**