IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| CITY OF VALPARAISO, | ) |
| Plaintiff, | ) CASE NO.: 3:09-cv-00135-MCR-MD |
| vs. | ) |
| UNITED STATES AIR FORCE; MICHAEL B. DONLEY, Secretary, United States Air Force; UNITED STATES DEPARTMENT OF DEFENSE; ROBERT M. GATES, Secretary, Department of Defense, | ) |
| Defendants. | ) |

## NOTICE OF SETTLEMENT

Pursuant to Local Rule 16.2, Rules of the United States District Court for the Northern District of Florida, the parties hereby inform the Court that a settlement has been reached. Promptly after complete execution of the parties' written settlement agreement, the parties shall jointly file a stipulation with this Court providing that the above-captioned case be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

Respectfully submitted this 2nd day of March, 2010.

ROSE, SUNDSTROM & BENTLEY, LLP

/s/ Frederick L. Aschauer
Chris H. Bentley # 121799 (FL)
Frederick L. Aschauer, Jr. # 0657328 (FL)
2548 Blairstone Pines Drive
Tallahassee, FL 32301

Attorneys for Plaintiff

IGNACIA S. MORENO
Assistant Attorney General

/s/ David Gehlert
David W. Gehlert # 21852 (CO)
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
1961 Stout Street, 8th Floor
Denver, CO 80294

Attorneys for Defendants

CERTIFICATE OF SERVICE

      I hereby certify that on this 2nd day of March, 2010, a true and correct copy of the foregoing, **NOTICE OF SETTLEMENT**, was served upon the Clerk of the Court. I also certify that the foregoing document is being served on all counsel of record and/or pro se parties identified below, by Notice of Electronic Filing generated by CM/ECF.

                                                  /s/ David Gehlert
                                                  David Gehlert

| | |
|---|---|
| D Michael Chesser<br>Chesser & Barr P.A.<br>1201 Eglin Pkwy<br>Shalimar, Fl 32579<br>850-651-9944<br>850-651-6084 (fax)<br>mike@chesserbarr.com | Frederick Ludwig Aschauer, Jr.<br>Chris Howard Bentley<br>Diane Dubois Tremor<br>Rose Sundstrom & Bentley Llp<br>2548 Blairstone Pines Dr<br>Tallahassee, Fl 32301<br>850-877-6555<br>850-656-4029 (fax)<br>faschauer@rsbattorneys.com<br>chb@rsbattorneys.com<br>dtremor@rsbattorneys.com |
| Alfred Benjamin Gordon, III<br>Keefe Anchors Gordon ETC PA<br>909 Mar Walt Dr. Ste: 1022<br>Fort Walton Beach, FL 32547<br>850-863-1974<br>850-863-1591 (fax)<br>bgordon@kagmlaw.com | |

Certificate of Service - Case No. 3:09-cv-00135